** NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ADAM TELLO | § | |
| VS. | § | CIVIL ACTION NO. 9:19cv227 |
| LAUREN GASTON, ET AL. | § | |

## ORDER PARTIALLY ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Adam Tello, an inmate at the LaSalle Correctional Facility in Beaumont, Texas, proceeding *pro se*, brought the above-styled lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court.  The Magistrate Judge recommends this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for want of prosecution.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings.  Plaintiff filed objections to the Report.  However, on July 21, 2020, plaintiff filed a motion to dismiss the action.

Plaintiff is entitled to dismiss the case prior to the service of an answer or a motion for summary judgment.  FED. R. CIV. P. 41(a)(1).  In this case, the opposing party has filed neither an answer nor a motion for summary judgment.  Therefore, plaintiff's motion to dismiss the action should be granted.  Accordingly, the Report will be partially accepted to the extent it recommended dismissal.  However, the dismissal will be pursuant to plaintiff's motion to dismiss under to Fed. R. Civ. P. 41(a) instead of Fed. R. Civ. P. 41(b), as recommended in the Report.

** NOT FOR PRINTED PUBLICATION **

O R D E R

Accordingly, the Report of the Magistrate Judge is partially **ACCEPTED** to the extent it recommended dismissal without prejudice. It is further

**ORDERED** that plaintiff's motion to dismiss is **GRANTED**. A final judgment will be entered in this case in accordance with this order.

So ORDERED and SIGNED, Aug 31, 2020.

_____
Ron Clark
Senior Judge